1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  FRANCISCO VENACIO RIVERA,          Case No.   1:20-cv-01671-HBK

12                 Petitioner,          ORDER TRANSFERRING CASE TO THE
                                        UNITED STATES DISTRICT COURT FOR
13         v.                           THE SOUTHERN DISTRICT OF
                                        CALIFORNIA
14  ROSEMARY NDOH,
                                        (Doc. Nos. 1, 12)
15                 Respondent.

16

17

18         Petitioner Francisco Venacio Rivera, represented by counsel, is proceeding on his petition

19  for writ of habeas corpus filed under 28 U.S.C. § 2254.  (Doc. Nos. 1, 12).  Petitioner, who is

20  incarcerated in Kings County, which is within the jurisdiction and venue of the Fresno Division of

21  this court, challenges his August 28, 2017 sentence and conviction entered by the Superior Court

22  of San Diego, which is located within the jurisdiction and venue of the San Diego Division of the

23  United States District Court for the Southern District of California.

24         Under 28 U.S.C. § 2241(d), because Petitioner is in custody under a state court judgment

25  and sentence, jurisdiction is proper in the judicial district where the petitioner was convicted or

26  where petitioner is incarcerated.  Therefore, both the Southern District of California and the Eastern

27

28

1

District of California have concurrent jurisdiction. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). It is the policy of this court that a petition should be heard in the District Court where the petitioner was convicted. Local Rule 191(f). Consequently, the court will transfer this matter to the Southern District of California. 28 U.S.C. §§ 1404(a), 2241(d); Local Rule 191(f).

**Accordingly:**

1. This action is transferred to the United States District Court for the Southern District of California, San Diego Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Southern District of California
> San Diego Division
> 333 West Broadway
> San Diego, CA 92101

IT IS SO ORDERED.

Dated:   December 14, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE